# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CRANE CONTRACTORS LLC D/B/A CONTRACTORS INC., <br><br> Plaintiff, <br><br> v. <br><br> ALPHA SOUTH HIGHLAND, LLC, ALPHA CAPITAL PARTNERS LLC D/B/A ALPHA RESIDENTIAL, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 2:25-cv-2022-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed January 10, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 31) filed February 9, 2026, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 9, 2026
Date